LENA SCHWARTZ, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued December 1, 1943; decided January 6, 1944.

*William R. McDermott, James D. Ewing* and *Eugene Z. Du Bose* for appellant.

*Morton Miller* for respondent.

Judgment affirmed, with costs; no opinion.

CONCUR: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.